OPINION

Per curiam.
Applicant was convicted of three charges of felony Bail Jumping and Failure to Appear, and he was sentenced to eight years’ imprisonment for each charge, to run concurrently. In these applications for writ of habeas corpus under Article 11.07 of the Code of Criminal Procedure, Applicant contends that these multiple convictions violate the constitutional prohibition against double jeopardy. We filed and set these applications to determine several issues associated with Applicant’s double-jeopardy claims.[1] We now conclude that *833 Applicant is not entitled to relief. Relief is denied.
Richardson, J., filed a concurring opinion in which Newell, J. joined.
Yeary, J., filed a concurring opinion in which Keasler, J., joined.
Meyers, J., filed a dissenting opinion.
Johnson, J., filed a dissenting opinion.
Alcala, J., filed a dissenting opinion in which Johnson, J., joined.

. Ex parte Marascio, Nos. WR-80,939-01, WR-80,939-02, & WR-80,939-03, 2014 WL 2002276, 2014 Tex. Crim. App. Unpub. LEX *833 IS 488 (Tex.Crim.App. May 7, 2014) (not designated for publication).